Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MADDON | 1:08-CV-82 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until June 26, 2009, in which to serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, January 16, 2008, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 27, 2009 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 3 | Dated: May 27, 2009 | MCGREGOR SCOTT |
| 4 | | United States Attorney |
| 5 | | By: /s/ Elizabeth Firer |
| 6 | | (as authorized via facsimile/e-mail)<br>ELIZABETH FIRER |
| 7 | | Assistant Regional Counsel |

**ORDER**

IT IS SO ORDERED.

**Dated: May 27, 2009**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE