1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR

10                THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 BRUCE MADDON           )
                          )        1:08-CV-82
14                        )
        Plaintiff,        )        STIPULATION AND ORDER TO EXTEND
15 vs.                    )        TIME TO FILE REPLY BRIEF
                          )
16 COMMISSIONER OF        )
   SOCIAL SECURITY,       )
17                        )
        Defendant.        )
18 _____)

19
        IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be
20
   granted 15 day extension of time, until August 29, 2009, in which to serve Plaintiff's Reply brief.
21
   All remaining actions under the scheduling order filed, January 16, 2008, shall proceed under the
22
   time limit guidelines set therein.
23
   / /
24
   / /
25
   / /
26
   / /
27

28

1 | Dated:  August 17, 2009          /s/ Sengthiene Bosavanh

2                                     SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff.
3

4 | Dated: August 17, 2009           MCGREGOR SCOTT
                                      United States Attorney
5
                                      By: /s/ Brenda Pullin
6                                     (as authorized via facsimile/e-mail/telephone)
                                      BRENDA PULLIN
7                                     Assistant Regional Counsel

8

9

10

11
        IT IS SO ORDERED.
12
        **Dated:   August 18, 2009**            **/s/ Gary S. Austin**
13                                      UNITED STATES MAGISTRATE JUDGE